## S. Crabtree and Wife *v*. A. & S. Rosenfield.

**Judicial Sale—Description of Land.**
> Where husband and wife live on the wife's land the fact that the husband owns an adjoining tract makes it no part of the homestead.

**Description of Land.**
> A judgment for the sale of land will be reversed when neither the judgment nor the petition upon which it is rendered contains a description of the land.

### APPEAL FROM DAVIES CIRCUIT COURT.

October 6, 1874.

Opinion by Judge Pryor:

The parties are living on the wife's land, and the fact that the husband owns an adjoining tract makes it no part of the homestead.

The judgment, however, fails to describe the land to be sold; nor is there any description whatever in the petition. For this reason it must be *reversed,* and the cause remanded with direction to permit the appellee to amend his pleadings, and for further proceedings consistent with this opinion.

*Ray & Walker, for Appellants.*
*Riley & Jolly, for appellees.*